

U.S. Department of Justice

10th & Constitution Avenue, N.W.
Criminal Division
Office of Enforcement Operations

International Prisoner Transfer Unit
John C. Keeney Building, 12th Floor
Washington, D.C.  20530

## MEMORANDUM

DATE:     August 25, 2010

TO:       Sandra Kaz
          Federal Bureau of Prisons
          (202-305-9681)

FROM:     April L. Armstead
          International Prisoner Transfer Unit
          (202-514-7245)

SUBJECT:  Verification of Consent to Transfer Hearing for
          Jeremy Major aka Jerome Major (to the Bahamas), Reg. No. 49435-018

    The consent verification hearing to transfer for the above-mentioned prisoner will be held on Thursday, September 2, 2010, at 10:00 a.m., U.S. Courthouse, 301 North Miami Avenue, 7th Floor, Miami, Florida. The hearing will be conducted by U.S. Magistrate Judge Patrick White (305-523-5298). The prisoner will be represented by Federal Public Defender Michael Caruso (305-536-6900). The contact person for the United States Attorney's Office is Roger Cruz (305-961-9000). The prisoner will be brought by a U.S. Marshal to the lockup at the Courthouse in Miami, Florida by 9:00 a.m., in order to meet with Mr. Caruso prior to the hearing.

cc:    Honorable Patrick White
       U.S. Magistrate Judge

       Michael Caruso
       Federal Public Defender Office

       Roger Cruz
       U.S. Attorney's Office



U.S. Department of Justice

10th & Constitution Avenue, N.W.
Criminal Division
Office of Enforcement Operations

International Prisoner Transfer Unit
John C. Keeney Building, 12th Floor
Washington, D.C. 20530

AUG 3 1 2010

The Honorable Patrick White
United States Magistrate Judge
United States District Court
Federal Building and United States Courthouse
301 North Miami Avenue, Room 392
Miami, Florida 33132

    Re:    Verification of Consent to Transfer Hearing for
              Jeremy Major aka Jerome Major (to the Bahamas), Reg. No. 49435-018

Dear Judge White:

        The Verification of Consent Hearing is scheduled for September 2, 2010, at 10:00 a.m., at the U.S. Courthouse, 301 North Miami Avenue, 7th Floor, Miami, Florida. Enclosed is a copy of the Judgment and Commitment Order for the above-mentioned prisoner and additional documents as follows:

1. Verification of consent to transfer forms;
2. The Council of Europe Convention;
3. 18 U.S.C. §§4100-4115;
4. Proceedings for the Transfer of Offenders to or from Foreign Countries.

        Please note that for security reasons it is BOP policy not to disclose this date to anyone other than the individuals involved in the consent verification hearing that need to know. As a result, this information should not be disclosed to anyone else including the prisoner's family members and consulate. If you have any questions, please call me at 202-514-7245 or 202-514-3173.

                                                   Sincerely,

                                                   April L. Armstead
                                                   International Prisoner Transfer Unit

cc:    Roger Cruz, Assistant U.S. Attorney, Miami, FL
        Michael Caruso, Federal Public Defender, Miami, FL



**U.S. Department of Justice**

10th & Constitution Avenue, N.W.
Criminal Division
Office of Enforcement Operations

International Prisoner Transfer Unit
John C. Keeney Building, 12th Floor
Washington, D.C. 20530

John K.F. Delaney
Attorney General and Minister of Legal Affairs
c/o Monique Vanderpool, Second Secretary/Vice Consul
Embassy of the Commonwealth of The Bahamas
2220 Massachusetts Avenue, NW
Washington, DC 20008

APR 27 2010

10-3236-White

Re: Jeremy Major, Reg. No. 49435-018
Approval of Request to Transfer to The Bahamas
Under the Convention on the Transfer of Sentenced Persons

Dear Attorney General Delaney:

The United States has approved the request of the above-referenced prisoner to transfer to the Bahamas to serve his prison sentence. The prisoner is currently incarcerated at the Miami Federal Correctional Institution, Miami, Florida. The sentence is final at the present time since there are no appeals or post-judgment collateral proceedings pending. Enclosed for your consideration are the following documents:

1. Transfer inquiry form;

2. Copy of the certified judgment;

3. Certified copy of the applicable laws;

4. Information concerning administration of the sentence;

5. Case summary and case summary addendum;

6. Fingerprints and photograph.

If you decide to request the prisoner's transfer, please provide the following:

1. A document or statement confirming that the Bahamas approves or consents to the transfer;

2. A document or statement confirming that the prisoner is a national of the Bahamas for the purposes of the Convention;

3. A copy of the relevant law which makes the offense for which the prisoner is in custody in the United States a criminal offense in the Bahamas;

4. A statement as to whether the "continued enforcement" procedure or the "conversion of sentence" procedure would be applied; and

5. A statement indicating the nature and duration of the sentence which the prisoner will serve if he is transferred. Please include information about arrangements for remission and conditional release.

Sincerely,

Paula A. Wolff, Chief
International Prisoner Transfer Unit

Enclosures

cc:

Attorney General of the Commonwealth of The Bahamas, Nassau, Bahamas

cc without attachments:

Sandra Kaz, Federal Bureau of Prisons, Washington, DC
Consulate General of the Commonwealth of The Bahamas, Miami, FL

-2-

## Administration of the Sentence

Name: Jeremy Major

Sentence: 169 months

Starting date of Sentence: August 26, 2008

Jail time credit: 478 days from May 6, 2007 to August 25, 2008

Good conduct time earned as of April 22, 2010: 108 days

Full term release date: June 4, 2021
(Maximum sentence)

Projected release date if prisoner
remains in the United States: August 12, 2019