**Place of hearing**:                                       **Docket number**:

**Date**:                    Prisoner register No.: 49435-018   DOJ#: 236539-03-36-387-F

## VERIFICATION OF CONSENT TO TRANSFER TO BAHAMAS
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, MAJOR, JEREMY, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the BAHAMAS for the execution of the penal sentence imposed on me by a court of the United States, or a state thereof, that:

1. My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

2. My sentence will be carried out according to the laws of the BAHAMAS;

3. If a court of the BAHAMAS should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the BAHAMAS, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

4. Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer. I have been advised that if I am financially unable to obtain counsel, one would be appointed for me under the laws of the United States of America free of charge. My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements. I hereby consent to my transfer to the BAHAMAS for the execution of the penal sentence imposed on me by a court of the United States of America, or a state thereof.

_____
Signature of transferring prisoner

Subscribed before me this 10th day of Sept., 2010. Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer

EDWIN TORRES
_____
Print name and office
U.S. MAGISTRATE JUDGE

OEO/IPTU 20-FN-English
Revised 4/02